## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**<br>**Ivette Domínguez Rivera**<br><br>**DEBTORS** | **CASE NO. 12-08956 BKT**<br>**CHAPTER 7** |

Certificate of Service as to Statement of Purpose

TO THE HONORABLE COURT:

Comes now Debtor, through the undersigned counsel, respectfully States and Prays as follows:

1. Debtor wishes to file a statement of Intention as she is filing an **amended schedule C** taking her exemption under **Act 195 of September 13 2011 (ley de hogar Seguro).** She is also taking the local exemptions as per **32 Laws of P.R. annotated 1130 (2), (4) and (14) for her clothes and shoes, car and cash in her checking account.**

2. A copy of this motion and statement of Intention has been mailed to every creditor listed in attached master address list.

**WHEREFORE**, Debtor respectfully requests from the Honorable Court to take notice of the filing of the statement of purpose and to the amended schedule C.

I certify that on this date I presented the foregoing to the Clerk of the Bankruptcy Court for filing and upload via the ECM/CF system which will send notification to Trustee Noreen Wiscovitch; U.S. Trustee Monsita Lecaroz and the remaining creditors as per the attached master address list.

In Carolina, P.R. this Friday, December 28, 2012.

s/ Pablo E. Garcia Perez
PABLO E. GARCIA PEREZ
USDC 207705
Ave. Roberto Clemente, Bloque 24 #58
Villa Carolina
Carolina, PR 00985
tel/Fax: (787) 276-2750
E-Mail: abogado00985@yahoo.com