Amended SCHEDULE C— PROPERTY CLAIMED AS EXEMPT Ivette Dominguez Rivera 12-08956 BKT

Debtor(s) elect(s) the exemption to which the debtor(s) is entitled under:

Check one box:
[ ] 11 U.S.C. §522(b)(2)
[X] 11 U.S.C. §522(b)(3)

[ ] Check if debtor claims a homestead exemption that exceeds $125,000.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| House located in calle 58 MM26 Mansiones de Carolina, Carolina 3 bedrooms 2 baths | Act 195 of September 13 2011 as amended (ley hogar seguro) | 50,000.00 | 166,000.00 |
| Bed, TV, Stereo, Dining Room, Furniture, etc. | 32 LPRA 1130 (14) | 250.00 | 250.00 |
| Clothe and shoes for everyday use | 32 LPRA 1130 (2) | 200.00 | 200.00 |
| wearing apparel | 32 LPRA 1130 (2) | 200.00 | 200.00 |
| Auto Ford Explorer 2000 | 32 LPRA 1130 (4) | 3,000 | 3,000.00 |
| cash in checking acct. | 32 LPRA 1130 (7) | 100 | 100 |

Under penalty of perjury I the debtor in the above case, state that the information contained in this amended schedule C is correct.

*[signature: Ivette M. Dominguez Rivera]*