Amended SCHEDULE C— PROPERTY CLAIMED AS EXEMPT- Ivette Dominguez 12-08956 BKT

Debtor(s) elect(s) the exemption to which the debtor(s) is entitled under:

Check one box:
[ ] 11 U.S.C. §522(b)(2)
[X] 11 U.S.C. §522(b)(3)

[ ] Check if debtor claims a homestead exemption that exceeds $125,000.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| House located in Calle 58 MM26 Mansiones de Carolina, Carolina, 2 Bath rooms, 3 Bedrooms . | Act 195 of September 13 2011 As amended (ley de hogar seguro) | 50,000.00 | 166,000.00 |
| Bed, | 32 LPRA 1130 (2), (14) | 200.00 | 200.00 |
| TV, | 32 LPRA 1130 (14) | 250.00 | 250.00 |
| Stereo | 32 LPRA 1130 (14) | 100.00 | 100.00 |
| Dinning Room, Furniture, | 32 LPRA 1130 (14) | 100.00 | 200.00 |
| Refrigerator | 32 LPRA 1130 (14) | 100.00 | 100.00 |
| Stove | 32 LPRA 1130 (14) | 100.00 | 100.00 |
| Wearing Apparel. | 32 LPRA 1130 (2) | 100.00 | 100.00 |
| Auto Ford Explorer 2000 | 32 LPRA 1130 (4) | 3,000 | 3,000 |
| Check Account Banco Popular | 32 LPRA 1130 (7) | 100 | 100 |
| State law benefits (pension) | 3 LPRA 875 | 1686.00 | 1686.00 |

I swear under penalty of perjury that the information included in this schedule C is true.